1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**
8          **SOUTHERN DISTRICT OF CALIFORNIA**
9
   UNITED STATES OF AMERICA,                Case No. 19-CR-4401-BAS
10
                                            **ORDER AND JUDGMENT**
11                                          **GRANTING UNITED STATES'**
          v.                                **MOTION TO DISMISS**
12
   GUSTAVO LOPEZ-MARTINEZ (1),
13
14            Defendant
15
16
          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information
17
   shall be dismissed against Gustavo Lopez-Martinez without prejudice.
18
          IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare
19
   an order to disburse funds or release collateral.
20
21        IT IS SO ORDERED.
22
   DATED: January 3, 2020
23
                                            HON. CYNTHIA BASHANT
24                                          UNITED STATES DISTRICT JUDGE
25
26
27
28